UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Christopher Polansky

                    v.                              Civil No. 13-cv-3-PB

NH Department of Corrections



O R D E R


     After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 5, 2013.  Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.  See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.



     SO ORDERED.


                                        /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge


Date: July 3, 2013

cc:  Christopher Polanskly, Pro Se